# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY P. MOUTON AND
MARIVETTE V. MOUTON

VERSUS

LOWE'S HOME IMPROVEMENT
CENTERS, LLC D/B/A LOWE'S
HOME IMPROVEMENT, DAVID
DEBENEDETTO, SHANE (LAST
NAME UNKNOWN), TREMYA
ANTHONY, AND KELSI (LAST
NAME UNKNOWN)

NO.   2024 CW 0843

OCTOBER 7, 2024

---

In Re:   Gregory P. Mouton and Marivette V. Mouton, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 734,723.

---

BEFORE:   WOLFE, MILLER, AND GREENE, JJ.

STAY DENIED; WRIT DENIED.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT